ERIC D. HOUSER #130079
KEVIN R. BROERSMA #252748
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA 92618
Telephone:  (949) 679-1111
Facsimile:  (949) 679-1112
Email:      kbroersma@houser-law.com

Attorneys for Defendants,
OCWEN LOAN SERVICING LLC and HSBC BANK USA N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF FIRST NLC TRUST 2007-1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-1 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FRANCISCO ZAMORA, Jr., TERESA ZAMORA,<br><br>         Plaintiff<br><br>    vs.<br><br>FIRST NLC FINANCIAL SERVICES, LLC, DBA THE LENDING CENTER, HSBC BANK, USA, as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage Backed Certificates, Series, Series 2007-1, RIYA DAVIS FINANCIAL TITLE COMPANY, DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: .: **2:09-cv-07259-GAF-SS**<br><br>**HON. GARY A. FEESS**<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Defendants OCWEN LOAN SERVICING LLC and HSBC BANK USA N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF FIRST NLC

1

1 | TRUST 2007-1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-1 and
2 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants")
3 | filed a motion to dismiss plaintiff Francisco Zamora's ("Plaintiff") complaint on
4 | October 12, 2009.  After no opposition was filed, The Court, through The
5 | Honorable Gary A. Feess, granted Defendants' motion to dismiss in its entirety.
6 | Plaintiff was given leave to amend on his causes of action for breach of the implied
7 | covenant of good faith and fair dealing and RICO violations by November 23,
8 | 2009.

9 |     Plaintiff has failed to timely comply with this Court's order.  Accordingly,
10 | the Court finds as follows:

11 |     IT IS ORDERED that based upon the foregoing, that Plaintiff's complaint is
12 | hereby DISMISSED WITH PREJUDICE.  It is further ordered that Defendants,
13 | Ocwen Loan Servicing, Mortgage Electronic Registration Systems, Inc. and HSBC
14 | Bank N.A. as Trustee be dismissed from this action.

15 | **IT IS SO ORDERED.**

17 | DATED: __January 7, 2010__

HON. GARY A. FEESS
UNITED STATES DISTRICT COURT
JUDGE